ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
TAMAR KOUYOUMJIAN (CA SBN 254148)
Assistant United States Attorney
    Room 7211, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-7388
    Facsimile:  (213) 894-0115
    Email: tamar.kouyoumjian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,            ) Case No. CV11-00439 JHN (JEMx)
                                     )
            Petitioner,              )
                                     )         ORDER TO SHOW CAUSE
      vs.                            )
                                     )
SANTO MARQUEZ,                       )
                                     )
            Respondent.              )
_____)

    Upon the Petition and supporting Memorandum of Points and Authorities and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1  1995) (the Government's *prima facie* case is typically made
2  through the sworn declaration of the IRS agent who issued the
3  summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
4  (9th cir. 1993).
5      **THEREFORE, IT IS ORDERED** that Respondent appear before this
6  District Court of the United States for the Central District of
7  California in Courtroom No. 790,
8       ____  United States Courthouse
              312 North Spring Street,
9             Los Angeles, California 90012
10
11      ____  Roybal Federal Building and United States Courthouse
              255 E. Temple Street,
12            Los Angeles, California 90012
13
14      ____  Ronald Reagan Federal Building and United States Courthouse
              411 West Fourth Street,
15            Santa Ana, California 92701
16
17      ____  Brown Federal Building and United States Courthouse
              3470 Twelfth Street, Riverside, California 92501
18
19  on ~~March~~ February 28, 2011, at 2:30 p.m.
20  and show cause why the testimony and production of books, papers,
21  records and other data demanded in the subject Internal Revenue
22  Service summonses should not be compelled.
23      **IT IS FURTHER ORDERED** that copies of this Order, the
24  Petition, Memorandum of Points and Authorities, and accompanying
25  Declaration be served promptly upon Respondent by any employee of
26  the Internal Revenue Service or by the United States Attorney's
27  Office, by personal delivery, or by leaving copies of each of the
28  foregoing documents at the Respondent's dwelling or usual place

1  of abode with someone of suitable age and discretion who resides
2  there, or by certified mail.
3       **IT IS FURTHER ORDERED** that within ten (10) days after
4  service upon Respondent of the herein described documents,
5  Respondent shall file and serve a written response, supported by
6  appropriate sworn statements, as well as any desired motions.
7  If, prior to the return date of this Order, Respondent files a
8  response with the Court stating that Respondent does not desire
9  to oppose the relief sought in the Petition, nor wish to make an
10 appearance, then the appearance of Respondent at any hearing
11 pursuant to this Order to Show Cause is excused, and Respondent
12 shall be deemed to have complied with the requirements of this
13 Order.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  **IT IS FURTHER ORDERED** that all motions and issues raised by
2  the pleadings will be considered on the return date of this
3  Order. Only those issues raised by motion or brought into
4  controversy by the responsive pleadings and supported by sworn
5  statements filed within ten (10) days after service of the herein
6  described documents will be considered by the Court. All
7  allegations in the Petition not contested by such responsive
8  pleadings or by sworn statements will be deemed admitted.

10 DATED: FEB - 7 2011

_____
United States District Judge

12 Presented By:
13 ANDRÉ BIROTTE JR.
United States Attorney
14 SANDRA R. BROWN
Assistant United States Attorney
15 Chief, Tax Division

17
TAMAR KOUYOUMJIAN
18 Assistant United States Attorney
Attorneys for United States of America
19 Petitioner